WILLIAM CASSOS, as Administrator, etc., of OLIVE CASSOS, Deceased, Respondent, v. CHARLES E. CHALMERS, as Receiver, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHAUNCEY CLARK WOODWORTH, Respondent, v. HARRIET COLLIER WOODWORTH, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM MONTGOMERY BROWN, Appellant, v. THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES OF AMERICA, an Unincorporated Association Consisting of More Than Seven Persons, by WILLIAM W. SKIDDY, as Treasurer of the Same, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HENRY MORRIS, Respondent, for a Peremptory Writ of Mandamus against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY L. DAURNHEIM, Respondent, v. ROANOKE CITY MILLS, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RODGERS & HAGERTY, INC., Appellant, v. TURNER CONSTRUCTION COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

METRO-GOLDWYN PICTURES CORPORATION, Respondent, v. HARRY HALL, Appellant.— Order affirmed, with ten dollars costs and .disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WALTER G. BUXTON and Another, Appellants, against ARLINGTON H. MALLERY, Respondent, for an Order Directing that an Arbitration Proceed in the Manner Provided for in a Certain Contract.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch, J., dissents.

WILLIAM J. PERLMAN and Another, Appellants, v. EDWARD MARGOLIES & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FAY GROSS, Respondent, v. DAVID GROSS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET E. WILSON, Respondent, v. JOHN R. WILSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — . Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.